Ratay *v.* Ratay, Appellant.

Submitted November 15, 1966. *John G. Eidemueller, Jr.,* for appellant; *Harry H. Rosen,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

Roenigk et al., Appellants, *v.* Pennsylvania Public Utility Commission et al.

Argued November 15, 1966. *Leo M. Stepanian,* for appellants; *Corwyn M. Coulter,* for appellant; *Herbert E. Squires,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; and *William J. Joyce,* with him *Martin E. Cusick,* and *Cusick, Madden, Joyce, Acker and McKay,* for intervening appellee.

Order affirmed.